UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61221-CIV-SINGHAL

MARIELLEN HAWTHORNE,

    Plaintiff,

v.

THE HANOVER INSURANCE GROUP,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Amended Motion to Compel the Defendant to Set Arbitration. (DE [24]). On October 31, 2023, the Court ordered the parties to arbitration (DE [21]) based on Defendant's Motion to Dismiss (DE [16]). The Court found that the insurance policy required the parties to engage in arbitration where one party requests it and Defendant requested arbitration. The Court reserved jurisdiction over the case pending the arbitrator's decision.

According to Plaintiff, her counsel has provided counsel for Defendant with the name of Plaintiff's choice of arbitrator. As of the date of the motion, Defendant has not provided either the name of an arbitrator or a proposed date for the arbitration. Plaintiff moves to compel Defendant to set an arbitration. The Motion was filed on January 31, 2024, and no response has been filed.

Under the Policy, a party must affirmatively request arbitration. See (DE [21] p. 4). Defendant requested the arbitration, and the Court ordered the case to arbitration over Plaintiff's objection. Defendant has provided no information about its failure to schedule the arbitration. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Amended Motion to Compel the Defendant to Set Arbitration (DE [24]) is **GRANTED.** Defendant shall provide Plaintiff with the name of an arbitrator and proposed dates for arbitration by **MARCH 1, 2024.** The parties shall agree to and schedule an arbitration by **MARCH 15, 2024**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of February 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF